SWIFT *v.* SECURITY INVESTMENT COMPANY *et al.*

FISH, J.    In view of the pleadings and evidence appearing in the record, it does not appear that there was any abuse of discretion in refusing to grant an interlocutory injunction.    *Judgment affirmed.    All the Justices concurring.*

Argued January 10,— Decided January 29, 1901.

Petition for injunction.   Before Judge Lumpkin.   Fulton superior court.   June 27, 1900.

*W. H. Terrell* and *S. C. Tapp*, for plaintiff.
*King & Anderson* and *Tompkins & Alston,* for defendants.